**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JEFFREY D. HILL,          : No. 357 MAL 2014
                                             :

             Petitioner          :

                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court

             v.                 :
                                             :
                                             :

GROUNDWATER AND          :
ENVIRONMENTAL SERVICES, INC.,    :
                                             :

             Respondent        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.